**MANATT, PHELPS & PHILLIPS, LLP**
Kenneth D. Friedman
7 Times Square
New York, New York 10036
(212) 790-4500
kfriedman@manatt.com

*Attorneys for Defendants*
*Smarty, LLC and SmartyStreets, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------X

ATLAS DATA PRIVACY
CORPORATION, *as assignee of individuals*
*who are Covered Persons, et al.,* JANE
DOE-1, *a law enforcement officer*, JANE
DOE-2, *a law enforcement officer*, EDWIN
MALDONADO, SCOTT MALONEY
JUSTYNA MALONEY, PETER
ANDREYEV, and WILLIAM SULLIVAN,

                  Plaintiffs,

       -against-

SMARTY, LLC, SMARTYSTREETS, LLC,
RICHARD ROES 1-10, *fictitious names of*
*unknown individual* and ABC COMPANIES
1-10, fictitious names of unknown entities,

                  Defendant.

---------------------------------------------------X

Civil Case No.: 3:24-CV-8075

**DEFENDANT'S RULE 7.1**
**DISCLOSURE STATEMENT**

      Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for defendant Smarty,

LLC *d/b/a* SmartyStreets, LLC certifies that (i) no publicly held corporation owns

10% or more of Smarty, LLC and (ii) SmartyStreets, LLC is a DBA of Smarty, LLC.

Dated: July 26, 2024

Respectfully submitted,


By: */s/ Kenneth D. Friedman*

Kenneth D. Friedman
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, NY 10036
Telephone: (212) 830-7184
Email: KFriedman@manatt.com

*Attorneys for Defendant*
*Smarty, LLC d/b/a SmartyStreets, LLC*