```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
```

ALL COUNSEL AND NON-REPRESENTED INDIVIDUAL PARTIES:

   RE:  ATLAS DATA PRIVACY CORPORATION v. SMARTY, LLC
        CIVIL ACTION NO.: 24-cv-8075

### IMPORTANT NOTICE

     Please be advised that a telephone conference is scheduled for **July 31, 2024, at 3:30 p.m. (EST)** before the Honorable Harvey Bartle III.

The telephone conference call-in information is as follows:

       Call-in Number:    888-808-6929
       Access Code:       3900998

                             /s/ S. Renz
                             S. Renz
                             Judicial Assistant to
                             the Honorable Harvey Bartle III
                             215-597-2693

DATED: July 30, 2024