## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**NEWARK OFFICE:**  **DATE OF PROCEEDINGS:** 7/31/24

**JUDGE:** Harvey Bartle III

**COURT REPORTER:**

**OTHERS:**  **DOCKET NO:** Civ. #24-8075

**TITLE OF CASE:**

ATLAS DATA PRIVACY CORPORATION, et al.

    v.

SMARTY, LLC, et al.

**APPEARANCES:**
Rajiv Parikh, Esq.
Adam Shaw, Esq.
Ryan McGee, Esq.
Kenneth Friedman, Esq.

**NATURE OF PROCEEDINGS:**

Telephonic Status Conference Held


    /s/ Maria Cosma
      Law Clerk


Time Commenced:  3:30 PM     Time Adjourned:  3:40 PM