# manatt

Kenneth D. Friedman
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 830-7184
E-mail: kfriedman@manatt.com

August 1, 2024

Client-Matter: 71680-030

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> Re: *Atlas Data Privacy Corp., et al. v. Smarty, LLC., et al.*
> Case No. 24-cv-08075-HB
>
> **Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

We are counsel for defendant Smarty, LLC *d/b/a* SmartyStreets, LLC ("Smarty") in the above-referenced action.

This action was timely removed to the U.S. District Court for the District of New Jersey on July 26, 2024 (ECF 1) and was subsequently assigned to Your Honor (ECF 3).

As discussed during the telephone status conference held July 31, 2024, I write to confirm that Smarty joins Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint, and the papers submitted in support thereof (ECF 27-28), filed June 10, 2024 in *Atlas Data Privacy Corp., et al. v. Lightbox Holdings L.P., et al.*, Civil Action No. 1:24-cv-04105-HB (the "Consolidated Motion to Dismiss").

For the reasons set forth in the Consolidated Motion to Dismiss, Smarty respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint with prejudice.

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

/s/ *Kenneth D. Friedman*

By: Kenneth D. Friedman

cc: All Counsel of Record (via ECF)

7 Times Square, New York, New York  10036  Telephone: 212.790.4500  Fax: 212.790.4545

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.