**MANATT, PHELPS & PHILLIPS, LLP**
Kenneth D. Friedman
7 Times Square
New York, New York 10036
(212) 790-4500
kfriedman@manatt.com

*Attorneys for Defendant*
*Smarty, LLC d/b/a SmartyStreets, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

-------------------------------------------------X

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.,* JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN, | Civil Case No.: 24-cv-08075-HB <br><br> **MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| Plaintiffs, | |
| -against- | |
| SMARTY, LLC, SMARTYSTREETS, LLC, RICHARD ROES 1-10, *fictitious names of unknown individual* and ABC COMPANIES 1-10, fictitious names of unknown entities, | |
| Defendants. | |

-------------------------------------------------X

Pursuant to Local Civil Rule 101.1(c), Defendant Smarty, LLC *d/b/a/* SmartyStreets, LLC, by and through its undersigned counsel, moves for the admission *pro hac vice* of Brandon P. Reilly and Kayla LaRosa in this action.

Pursuant to Local Civil Rule 7.1(d)(4), no legal brief is required because all relevant proposed findings of fact and conclusions of law have been set forth in the accompanying Declarations of Kenneth D. Friedman, Brandon P. Reilly, and Kayla LaRosa.

The undersigned has conferred with counsel for Plaintiffs and they have no objection to this motion.

A proposed order is submitted herewith.

Dated:  September 5, 2024                           Respectfully submitted,
         New York, New York

/s/ *Kenneth D. Friedman*
Kenneth D. Friedman
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500
*kfriedman@manatt.com*

*Attorneys for Defendant*
*Smarty, LLC and SmartyStreets, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served via ECF on September 5, 2024, to:

Rajiv D. Parikh
Kathleen Barnett Einhorn
PEM Law LLP
One Boland Dr., Suite 101
West Orange, New Jersey 07052
(973) 577-5500
rparikh@pemlawfirm.com
keinhorn@penlawfirm.com

By: /s/ *Kenneth D. Friedman*
     Kenneth D. Friedman
