UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: October 1, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** JOHN KURZ

**TITLE OF CASE:**   **DOCKET NO.:** 24-8075 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
SMARTY, LLC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: HEARING ON DEFENDANTS' CONSOLIDATED MOTION TO DISMISS

Hearing on Defendants' Consolidated Motion to Dismiss held on the record. Motion taken under advisement.

s/David Bruey
Deputy Clerk

Time Commenced: 1:30p.m.    Time Adjourned: 4:00p.m.    Total Time in Court: 2:30