# UNITED STATES DISTRICT COURT

for the

<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4037 |
| | ) | |
| <u>We Inform, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4041 |
| | ) | |
| <u>Infomatics, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4045 |
| | ) | |
| <u>The People Searchers, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4075 |
| | ) | |
| <u>DM Group, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

Atlas Data Privacy Corporation, et. al. )
      *Plaintiff* )
      v. )     Case No. 24-4096
  )
Delvepoint, LLC, et. al. )
      *Defendant* )

Atlas Data Privacy Corporation, et. al. )
      *Plaintiff* )
      v. )     Case No. 24-4098
  )
Quantarium Alliance, LLC, et. al. )
      *Defendant* )

Atlas Data Privacy Corporation, et. al. )
      *Plaintiff* )
      v. )     Case No. 24-4103
  )
Yardi Systems, Inc., et. al. )
      *Defendant* )

Atlas Data Privacy Corporation, et. al. )
      *Plaintiff* )
      v. )     Case No. 24-4141
  )
Digital Safety Products, LLC, et. al. )
      *Defendant* )

Atlas Data Privacy Corporation, et. al. )
      *Plaintiff* )
      v. )     Case No. 24-4143
  )
Cvil Data Research )
      *Defendant* )

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4160 |
| | ) | |
| <u>Scalable Commerce, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4174 |
| | ) | |
| <u>Labels & Lists, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4176 |
| | ) | |
| <u>Innovis Data Solutions Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4178 |
| | ) | |
| <u>Accurate Append, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4256 |
| | ) | |
| <u>Zillow, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

Atlas Data Privacy Corporation, et. al.   )
       *Plaintiff*             )
          v.            )      Case No. 24-4261
                         )
Equimine, Inc., et. al.         )
       *Defendant*           )

Atlas Data Privacy Corporation, et. al.   )
       *Plaintiff*              )
          v.            )      Case No. 24-4292
                         )
Melissa Data Corp., et. al.     )
       *Defendant*           )

Atlas Data Privacy Corporation, et. al.   )
       *Plaintiff*              )
          v.            )      Case No. 24-4324
                         )
Restoration of America, et. al.    )
       *Defendant*           )

Atlas Data Privacy Corporation, et. al.   )
       *Plaintiff*              )
          v.            )      Case No. 24-4345
                         )
i360, LLC, et. al.            )
       *Defendant*           )

Atlas Data Privacy Corporation, et. al.   )
       *Plaintiff*              )
          v.            )      Case No. 24-4380
                         )
GoHunt, LLC, et. al.          )
       *Defendant*           )

Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4383
        )
Accuzip, Inc., et. al.    )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4385
        )
Synaptix Technology, LLC, et. al.    )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4389
        )
Joy Rockwell Enterprises, Inc., et. al.    )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4390
        )
Fortnoff Financial, LLC, et. al.    )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4392
        )
MyHeritage, Ltd., et. al.    )
    *Defendant*    )

Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*     )
    v.       )  Case No. 24-4434
           )
E-merges.com, Inc., et. al.   )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*     )
    v.       )  Case No. 24-4609
           )
Nuwber, Inc., et. al.     )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*     )
    v.       )  Case No. 24-4664
           )
RocketReach LLC, et. al.    )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*     )
    v.       )  Case No. 24-4949
           )
Belles Camp Communications, Inc., et. al. )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*     )
    v.       )  Case No. 24-5600
           )
Property Radar Inc., et. al.    )
    *Defendant*    )

Atlas Data Privacy Corporation, et. al.   )
     *Plaintiff*   )
        v.   )     Case No. 24-5656
         )
The Alesco Group, L.L.C., et. al.   )
     *Defendant*   )


Atlas Data Privacy Corporation, et. al.   )
     *Plaintiff*   )
        v.   )     Case No. 24-5658
         )
Searchbug, Inc., et. al.   )
     *Defendant*   )


Atlas Data Privacy Corporation, et. al.   )
     *Plaintiff*   )
        v.   )     Case No. 24-5775
         )
Amerilist, Inc., et. al.   )
     *Defendant*   )


Atlas Data Privacy Corporation, et. al.   )
     *Plaintiff*   )
        v.   )     Case No. 24-7324
         )
U.S. Data Corporation, et. al.   )
     *Defendant*   )


Atlas Data Privacy Corporation, et. al.   )
     *Plaintiff*   )
        v.   )     Case No. 24-8075
         )
Smarty, LLC, et. al.   )
     *Defendant*   )

Atlas Data Privacy Corporation, et. al. )
*Plaintiff* )
v. ) Case No. 24-8451
)
Compact Information Systems, LLC., et. al. )
*Defendant* )

Atlas Data Privacy Corporation, et. al. )
*Plaintiff* )
v. ) Case No. 24-10600
)
Darkowl, LLC, et. al. )
*Defendant* )

## **APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

:

Date
    12/6/2024

_____
*Attorney's signature*

KASHIF T. CHAND
N.J. Bar No. 016752008
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*