THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> SMARTY, LLC, *et al.*, <br><br> Defendants. | Civil Case No. 1:24-cv-08075 <br><br> Hon. Harvey Bartle III, District Court Judge <br><br> **NOTICE OF APPEARANCE** |

To: The Clerk of the Court and all parties of record:

    Please enter my appearance for Defendants Smarty, LLC and SmartyStreets, LLC in the above-captioned matter.

    I hereby certify that I am a member in good standing of the Bar of this Court.

Dated: New York, New York
       March 12, 2025

                                          Respectfully submitted,

                                          MANATT, PHELPS & PHILLIPS, LLP

                                          By:    /s/ Matthew F. Bruno
                                                      Matthew F. Bruno
                                                      7 Times Square
                                                      New York, New York 10036
                                                      (212) 790-4500
                                                      mbruno@manatt.com
                                                      *Attorneys for Defendant Smarty, LLC and SmartyStreets, LLC*