**MANATT, PHELPS & PHILLIPS, LLP**
Kenneth D. Friedman
Matthew F. Bruno
7 Times Square
New York, New York 10036
(212) 790-4500
kfriedman@manatt.com
mbruno@manatt.com

Brandon P. Reilly (*pro hac vice*)
One Embarcadero Center, 30th Floor
San Francisco, California 94111
(415) 291-7400
breilly@manatt.com

*Attorneys for Defendants*
*Smarty, LLC and SmartyStreets, LLC*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> SMARTY, LLC, *et al.*, <br><br> Defendants. | Civil Case No. 1:24-cv-08075-HB <br><br> Hon. Harvey Bartle III, District Court Judge <br><br> **Motion Day**: **To Be Determined** <br><br> **(Oral Argument Requested)** |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendants, hereby move to dismiss, with prejudice, Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion to Dismiss");

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion to Dismiss, Defendants will rely upon the Memorandum of Law in Support of the Motion to Dismiss, the Declaration of Kenneth D. Friedman, and the exhibits thereto, as well as any submissions offered on reply;

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: March 18, 2025
New York, New York

Respectfully submitted,

/s/ *Kenneth D. Friedman*
Kenneth D. Friedman
Matthew F. Bruno
7 Times Square
New York, New York 10036
(212) 790-4500
kfriedman@manatt.com
mbruno@manatt.com

Brandon P. Reilly (*pro hac vice*)
One Embarcadero Center, 30th Floor
San Francisco, California 94111
(415) 291-7400
breilly@manatt.com

*Attorneys for Defendants*
*Smarty, LLC and SmartyStreets, LLC*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via ECF on March 18, 2025, to:

Rajiv D. Parikh
Kathleen Barnett Einhorn
PEM Law LLP
One Boland Dr., Suite 101
West Orange, New Jersey 07052
(973) 577-5500
rparikh@pemlawfirm.com
keinhorn@penlawfirm.com

                                                      By:  /s/ *Kenneth D. Friedman*
                                                              Kenneth D. Friedman