**TRANSCRIPT PURCHASE ORDER**
for Third Circuit Court of Appeals

District Court __District Court of New Jersey__    Court of Appeals Docket No. __25-1589__

District Court Docket No. __24-cv-8075__

Short Case Title __Atals Data Privacy Corp., et al. v Smarty, LLC, et al.__

Date Notice of Appeal Filed by Clerk of District Court __March 31, 2025__

**Part I.**    (To be completed by party responsible for ordering transcript)    NOTE: A SEPARATE FORM IS TO BE TYPED FOR
A.    Check one of the following and serve ALL COPIES:    EACH COURT REPORTER IN THIS CASE.

**TRANSCRIPT:**

_____ None    _____ Unnecessary for appeal purposes.

__X__ Already on file in the District Court Clerk's office.

_____ This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter)
(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what
portion or what witness testimony is desired.

_____

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be
included in the trial transcripts.

_____ Voir dire    _____ Open Statement of Plaintiff    _____ Opening Statement of Defendant

_____ Closing Argument of Plaintiff    _____ Closing Argument of Defendant

_____ Jury Instructions    _____ Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO
MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR
DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS

B.    This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.
The method of payment will be:

_____ CJA Form submitted to District Court Judge    _____ Motion for Transcript has been submitted to District Court

_____ CJA Form submitted to Court of Appeals    _____ Private Funds

Signature    __/s/ Kennth D. Friedman__    Date    __April 29, 2025__

Print Name    __Kenneth D. Friedman__    Counsel for    __Smarty, LLC d/b/a SmartyStreets LLC__

Address    __7 Times Square, New York, NY 10036__    Telephone    __(212) 790-4500__

**Part II.**    COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of
Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

_____ Arrangements for payment were made on _____

_____ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Name of Court Report | Telephone |
|---|---|---|

**Part III.**    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter
on date of filing transcript in District. Court Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____    Actual Number of Volumes _____

| Date | Signature of Court Reporter |
|---|---|