IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| WE INFORM, LLC, et al. | : | NO. 24-4037 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| INFOMATICS, LLC, et al. | : | NO. 24-4041 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| THE PEOPLE SEARCHERS, LLC, et al. | : : | NO. 24-4045 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| INNOVIS DATA SOLUTIONS INC., et al. | : : | NO. 24-4176 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| RESTORATION OF AMERICA, et al. | : | NO. 24-4176 |

```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
SMARTY, LLC, et al.             :       NO. 24-8075
```

### ORDER

AND NOW, this 9th day of June 2025, after receipt of a letter from the Office of the Attorney General of New Jersey, it is hereby ORDERED that:

(1) The oral argument scheduled for **Monday, June 16, 2025 at 10:00 AM** in Courtroom No. 1 in the United States Courthouse in Camden, New Jersey, is ADJOUNRED <u>only</u> as to any arguments that Daniel's Law is preempted by the Communications Decency Act ("CDA"), 47 U.S.C. § 230, or the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*. <u>See, e.g.</u>, Order, Atlas Data Privacy Corp. v. We Inform, LLC., 24-cv-4037 (D.N.J. filed May 22, 2025) (Doc. #59);

(2) The oral argument as to all other issues and the status conference will be held as scheduled;

(3) The Attorney General of New Jersey shall file on or before July 14, 2025 a consolidated brief in the above actions addressing Defendants' defenses under the CDA, FCRA, and the National Voter Restoration Act, 52 U.S.C. § 20501, *et seq.* The consolidated brief shall not exceed 30 pages; and

2

(4) Defendants shall file on or before July 28, 2025 any reply brief.  Such brief shall not exceed 15 pages.

BY THE COURT:

/s/  Harvey Bartle III
                                              J.