UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   June 16, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**                           **DOCKET NO.:** 24-8075 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
SMARTY, LLC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   MOTION HEARING; STATUS CONFERENCE

Hearing on [34] Motion to Dismiss held on the record.
Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:   12:30p.m.    Time Adjourned:   12:34p.m.    Total Time in Court: 0:04