# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

<u>Atlas Data Privacy Corporation, et. al.</u>          )
        *Plaintiff*                                              )
        v.                                                        )          Case No. 24-4037
                                                                  )
<u>We Inform, LLC, et. al.</u>                              )
        *Defendant*                                            )


<u>Atlas Data Privacy Corporation, et. al.</u>          )
        *Plaintiff*                                              )
        v.                                                        )          Case No. 24-4041
                                                                  )
<u>Infomatics, LLC, et. al.</u>                              )
        *Defendant*                                            )


<u>Atlas Data Privacy Corporation, et. al.</u>          )
        *Plaintiff*                                              )
        v.                                                        )          Case No. 24-4045
                                                                  )
<u>The People Searchers, LLC, et. al.</u>              )
        *Defendant*                                            )


<u>Atlas Data Privacy Corporation, et. al.</u>          )
        *Plaintiff*                                              )
        v.                                                        )          Case No. 24-4075
                                                                  )
<u>DM Group, Inc., et. al.</u>                                )
        *Defendant*                                            )


<u>Atlas Data Privacy Corporation, et. al.</u>          )
        *Plaintiff*                                              )
        v.                                                        )          Case No. 24-4080
                                                                  )
<u>Deluxe Corporation, et. al.</u>                          )
        *Defendant*                                            )

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Delvepoint, LLC, et. al.<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 24-4096 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Quantarium Alliance, LLC, et. al.<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 24-4098 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Yardi Systems, Inc., et. al.<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 24-4103 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Digital Safety Products, LLC, et. al.<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 24-4141 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Cvil Data Research<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 24-4143 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Scalable Commerce, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4160 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Labels & Lists, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4174 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Innovis Data Solutions Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4176 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Accurate Append, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4178 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Zillow, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4256 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-4261 | |
|      ) | | |
| <u>Equimine, Inc., et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-4292 | |
|      ) | | |
| <u>Melissa Data Corp., et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-4324 | |
|      ) | | |
| <u>Restoration of America, et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-4345 | |
|      ) | | |
| <u>i360, LLC, et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-4380 | |
|      ) | | |
| <u>GoHunt, LLC, et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>Accuzip, Inc., et. al.</u> )<br>*Defendant* ) | Case No. 24-4383 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>Synaptix Technology, LLC, et. al.</u> )<br>*Defendant* ) | Case No. 24-4385 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>Joy Rockwell Enterprises, Inc., et. al.</u> )<br>*Defendant* ) | Case No. 24-4389 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>Fortnoff Financial, LLC, et. al.</u> )<br>*Defendant* ) | Case No. 24-4390 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>MyHeritage, Ltd., et. al.</u> )<br>*Defendant* ) | Case No. 24-4392 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br> v. )<br> )<br> <u>E-merges.com, Inc., et. al.</u> )<br> *Defendant* ) | | Case No. 24-4434 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br> v. )<br> )<br> <u>Nuwber, Inc., et. al.</u> )<br> *Defendant* ) | | Case No. 24-4609 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br> v. )<br> )<br> <u>RocketReach LLC, et. al.</u> )<br> *Defendant* ) | | Case No. 24-4664 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br> v. )<br> )<br> <u>Belles Camp Communications, Inc., et. al.</u> )<br> *Defendant* ) | | Case No. 24-4949 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br> v. )<br> )<br> <u>Property Radar Inc., et. al.</u> )<br> *Defendant* ) | | Case No. 24-5600 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>    v.<br><br><u>The Alesco Group, L.L.C., et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-5656 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>    v.<br><br><u>Searchbug, Inc., et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-5658 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>    v.<br><br><u>Amerilist, Inc., et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-5775 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>    v.<br><br><u>U.S. Data Corporation, et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-7324 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>    v.<br><br><u>Smarty, LLC, et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-8075 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | |
| *Plaintiff*    ) | |
| v.    ) | Case No. 24-8451 |
| ) | |
| <u>Compact Information Systems, LLC., et. al.</u>    ) | |
| *Defendant*    ) | |
| | |
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | |
| *Plaintiff*    ) | |
| v.    ) | Case No. 24-10600 |
| ) | |
| <u>Darkowl, LLC, et. al.</u>    ) | |
| *Defendant*    ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

| | |
|---|---|
| Date: <u>7/14/2025</u> | */s/ Liza B. Fleming* |
| | *Attorney's signature* |
| | <u>LIZA B. FLEMING</u><br><u>N.J. Bar No. 441912023</u> |
| | *Printed name and bar number* |
| | Office of the New Jersey Attorney General<br>R.J. Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08625 |
| | *Address* |
| | <u>LIZA.FLEMING@NJOAG.GOV</u> |
| | *E-mail address* |
| | <u>862-350-5800</u> |
| | *Telephone number* |
| | <u>609-292-3508</u> |
| | *FAX number* |