UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   August 11, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   JOHN KURZ

**TITLE OF CASE:**          **DOCKET NO.:** 24-8075 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
SMARTY, LLC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   MOTION HEARING

Hearing on [34] Motion to Dismiss held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:   11:45a.m.     Time Adjourned:   12:05p.m.     Total Time in Court: 0:20