# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, et al., JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>                Plaintiffs,<br><br>  -against-<br><br>SMARTY, LLC, SMARTYSTREETS, LLC, RICHARD ROES 1-10, fictitious names of unknown individual and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>                Defendants. | Civil Case No. 1:24-cv-08075-HB<br><br>Hon. Harvey Bartle III, District Court Judge<br><br>**ORDER GRANTING COUNSEL ADMISSION *PRO HAC VICE*** |

This matter having been brought before the Court by Kenneth D. Friedman of Manatt, Phelps & Phillips, LLP, counsel for Defendant Smarty, LLC *d/b/a* SmartyStreets, LLC ("Smarty"), on application for an order pursuant to Local Rule 101.1(c) allowing Emily Whitely to appear and participate *pro hac vice*, and the Court having considered the moving papers, this matter being considered, and for good cause shown:

      **IT IS** ON THIS __6th_____ day of ___January___, 2026,

**ORDERED** that Emily Whitely, a member of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by attorneys of record for Defendant Smarty, Kenneth D. Friedman, who is fully admitted in this Court, or another member of Manatt, Phelps & Phillips, LLP who is a member in good standing of the bar of the State of New Jersey and of the United States District Court for the District of New Jersey, who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Emily Whitely shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order and for any year in which the admitted counsel represents a client in a matter pending in this Court; and it is further

**ORDERED** that Emily Whitely shall pay the *pro hac vice* admission fee to this Court pursuant to L. Civ. R. 101.1(c)(3) within twenty (20) days from the dated entry of this Order, and it is further

**ORDERED** that Emily Whitely shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Emily Whitely shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

Dated: _____

                                          **SO ORDERED**

                                      /s/ Harvey Bartle III
                                                                              J.