DNJ-CMECF-002 (Rev. 6/2025)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION, et al.,

    Plaintiff(s),

v.

SMARTY, LLC, SMARTYSTREETS, LLC, et al.,

    Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 24-cv-08075-HB

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Friedman, Ken
Digitally signed by Friedman, Ken
Date: 2026.01.06 16:17:45 -05'00'

Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Emily Whitely

Firm: Manatt, Phelps & Phillips, LLP

Address: 7 Times Square
New York, NY 10036

Email: ewhitely@manatt.com

Phone: (212) 790-4570

Admitted on behalf of: Defendant Smarty, LLC d/b/a SmartyStreets, LLC