UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   January 7, 2026

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**  KIMBERLY WILSON

**TITLE OF CASE:**           **DOCKET NO.:** 24-8075 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
SMARTY, LLC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.


                                                        s/Lawrence Macstravic
                                                        Deputy Clerk

Time Commenced: 11:06a.m.    Time Adjourned: 11:08a.m.    Total Time in Court: 0:02